**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1st _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Noel Mejia          JOINT DEBTOR: _____     CASE NO.: 13-32519
Last Four Digits of SS# 1207          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_60\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 1,316.04  for months   1   to   17  ;
   B.   $ 250.00    for months   18  to   36  ;
   C.   $ _____  for months  \_\_  to  \_\_  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 3,500.00
                  Balance Due $ 0.00  payable $ 0.00 /month  (Months __)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America                              LMM Payment: $959.43/month (Months 1-17)
   c/o Kahane & Associates, P.A.                *LMM Denied. To be treated outside plan beginning month 18.
   8201 Peters Road, #3000
   Fort Lauderdale, FL 33324

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

NONE

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 225.00 /month (Months 1 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Noel Mejia                              _____
Debtor                                         Joint Debtor
Date: 3/2/2015                                 Date: _____

LF-31 (rev. 01/08/10)